Stephen W. Pearson (State Bar No. 48452)
Michael Masuda (State Bar No. 129313)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone:    (831) 424-1414
Facsimile:    (831) 424-1975
mmasuda@nheh.com

Attorneys for Defendant FRANMARA, INC.

*E-Filed: October 11, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRYCE LESLIE STEWART,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANMARA, INC.,<br><br>            Defendant. | Case No. CV13-03211 HRL<br><br>**STIPULATION TO STAY ACTION AND [PROPOSED] ORDER THEREON** |

Plaintiff, Bryce Leslie Stewart, acting through his counsel of record, Gregory J. Thwaite, and Franmara, Inc., defendant, acting through its counsel of record, Noland, Hamerly, Etienne, & Hoss, do hereby agree and stipulate as follows:

1.  Plaintiff has filed this action for the enforcement of foreign judgment on July 11, 2013;

2.  Defendant has filed its answer herein on August 13, 2013;

3.  Defendant has applied to the court in New Zealand to set aside the New Zealand judgment forming the subject matter of this action;

4.  Wherefore, plaintiff and defendant have agreed that all parties will be better served seeking a stay of this action pending a ruling from the New Zealand court on the set aside motion;

Therefore, it is hereby stipulated by and between counsel for plaintiff and defendant that this matter be stayed until December 1, 2013.

19559\006\541349.1:10213

1

STIPULATION TO STAY ACTION AND ORDER THEREON (No. CV13-03211 HRL)

| | |
|---|---|
| Dated: October 2, 2013 | LAW OFFICE OF GREGORY J. THWAITE |
| | By  /s/ *Gregory J. Thwaite* <br> Gregory J. Thwaite <br> Attorneys for Plaintiff Bryce Leslie Stewart |
| Dated: October 2, 2013 | NOLAND, HAMERLY, ETIENNE & HOSS <br> A Professional Corporation |
| | By  /s/ *Michael Masuda* <br> Michael Masuda <br> Attorneys for Defendant FRANMARA, INC. |

**[PROPOSED] ORDER**

THE PARTIES' COUNSEL HAVING STIPULATED TO STAY THE ACTION UNTIL DECEMBER 1, 2013, IT IS SO ORDERED.

Dated: ___October 11_____ _____, 2013

_____
U.S. DISTRICT COURT JUDGE
MAGISTRATE JUDGE
HOWARD R. LLOYD