Stephen W. Pearson (State Bar No. 48452)
Michael Masuda (State Bar No. 129313)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone:    (831) 424-1414
Facsimile:    (831) 424-1975
mmasuda@nheh.com

Attorneys for Defendant FRANMARA, INC.

*E-Filed: October 11, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRYCE LESLIE STEWART, | Case No. CV13-03211 HRL |
| Plaintiff, | **STIPULATION TO STAY ACTION AND [PROPOSED] ORDER THEREON** |
| v. | |
| FRANMARA, INC., | |
| Defendant. | |

Plaintiff, Bryce Leslie Stewart, acting through his counsel of record, Gregory J. Thwaite, and Franmara, Inc., defendant, acting through its counsel of record, Noland, Hamerly, Etienne, & Hoss, do hereby agree and stipulate as follows:

1.   Plaintiff has filed this action for the enforcement of foreign judgment on July 11, 2013;

2.   Defendant has filed its answer herein on August 13, 2013;

3.   Defendant has applied to the court in New Zealand to set aside the New Zealand judgment forming the subject matter of this action;

4.   Wherefore, plaintiff and defendant have agreed that all parties will be better served seeking a stay of this action pending a ruling from the New Zealand court on the set aside motion;

Therefore, it is hereby stipulated by and between counsel for plaintiff and defendant that this matter be stayed until December 1, 2013.

19559\006\541349.1:10213

1

| | | |
|---|---|---|
| 1 | Dated: October 2, 2013 | LAW OFFICE OF GREGORY J. THWAITE |
| 2 | | |
| 3 | | By   /s/ *Gregory J. Thwaite* |
| 4 | |     Gregory J. Thwaite<br>    Attorneys for Plaintiff Bryce Leslie Stewart |
| 5 | | |
| 6 | Dated: October 2, 2013 | NOLAND, HAMERLY, ETIENNE & HOSS<br>A Professional Corporation |
| 7 | | |
| 8 | | |
| 9 | | By   /s/ *Michael Masuda*<br>    Michael Masuda |
| 10 | |     Attorneys for Defendant FRANMARA, INC. |

19559\006\541349.1:10213

2

STIPULATION TO STAY ACTION AND ORDER THEREON (NO. CV13-03211 HRL)

# [PROPOSED] ORDER

THE PARTIES' COUNSEL HAVING STIPULATED TO STAY THE ACTION UNTIL DECEMBER 1, 2013, IT IS SO ORDERED.

Dated: ___October 11_____ _____, 2013

_____
U.S. DISTRICT COURT JUDGE
MAGISTRATE JUDGE
HOWARD R. LLOYD