*E-Filed: December 3, 2013*

Gregory J. Thwaite
State Bar No. 129354
Level 7, Suite 2
300 Queen Street
Auckland 1010
NEW ZEALAND
Ph. (64)(9) 3798550
Fax (64)(9) 3798449
Email gthwaite@iprolink.co.nz

Attorney for Plaintiff Bryce Leslie Stewart

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| BRYCE LESLIE STEWART, | ) | No. 5:13-cv-03211-HRL |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO DISMISS ACTION AND [PROPOSED] ORDER THEREON |
| v. | ) | |
| FRANMARA, INC., | ) | |
| Defendant. | ) | |

Plaintiff, Bryce Leslie Stewart, acting through his counsel of record, Gregory J. Thwaite, and Franmara, Inc., Defendant, acting through its counsel of record, Noland, Hamerly, Etienne, & Hoss, do hereby agree and stipulate as follows:

1. Plaintiff filed this action for the enforcement of foreign judgment on July 11, 2013;
2. Defendant filed its answer herein on August 13, 2013;
3. Plaintiff and Defendant have reached a settlement agreement, and pursuant thereto have agreed to dismiss this action on the basis that each party bears his or its own costs.

Therefore, it is hereby stipulated by and between counsel for Plaintiff and for Defendant that this action is to be dismissed on the basis that each party bears his or its own costs.

Dated: December 2, 2013

          /s/ Gregory J. Thwaite
          Gregory J. Thwaite
          Attorney for Plaintiff Bryce Leslie Stewart

Dated: December 2, 2013

          /s/ Michael Peter Masuda
          Michael Peter Masuda
          Attorney for Defendant Franmara, Inc.

**ORDER**

THE PARTIES' COUNSEL HAVING STIPULATED TO A DISMISSAL OF THE ACTION, IT IS SO ORDERED.

Dated: December 3, 2013

          MAGISTRATE JUDGE
          HOWARD R. LLOYD